UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONE WASHINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2130** |
| **DEAN DOVE, WARDEN** | **SECTION "E"(2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Tyrone Washington for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana this 20th day of April, 2015.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE